# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Probation or Supervised Release) |
| v. | |
| | Case Number: 8:02-cr-328-T-26TGW |
| ANDRE LENARD MCNEAL | USM Number: 41081-018 |
| | |
| | Alec Hall, pda |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers __1 - 13__ of the term of supervision.

_____ was found in violation of charge number(s)_____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | New conviction for conduct, give false name/ID to law enforcement, occurring on September 3, 2007 while on supervision in violation of the conditions of supervision | 9/3/2007 |

SEE ATTACHMENT

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 4, 2008
Date of Imposition of Judgment

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

4/7/08
Date

| Defendant: | Andre Lenard McNeal | Judgment - Page 2 of 4 |
|---|---|---|
| Case No.: | 8:02-cr-328-T-26TGW | |

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 2 | New Conviction for conduct, resist/ Obstruct office without violence, occurring on September 3, 2007 | 9/3/2007 |
| 3 | New conviction for conduct, driving while license suspended/revoked (habitual offender), occurring on September 3, 2007 While on supervision. | 9/3/2007 |
| 4 | New conviction for conduct, leaving the scene Of an accident without giving information, Occurring on September 3, 2007, while on Supervision in violation of the conditions of Supervision | 9/3/2007 |
| 5 | Operating a motor vehicle without a valid driver's License in violation of the special condition. | 9/3/2007 |
| 6 | New conviction for conduct, driving while license Suspended/revoked (habitual offender) occurring 10/1/2007 while on supervision in violation of the Conditions of supervision | 10/1/2007 |
| 7 | New conviction for conduct, give false name/ID to Law enforcement, occurring on 10/1/2007, while On supervision in violation of the conditions of Supervision | 10/1/2007 |
| 8 | Operating a motor vehicle without a valid driver's License in violation of the special condition | 10/1/2007 |
| 9 | New conviction for conduct, driving while license Suspended/revoked (habitual offender) occurring On 10/18/2007 while on supervision in violation Of the conditions of supervision | 10/18/2007 |
| 10 | Operating a motor vehicle without a valid driver's License in violation of the special condition. | 10/18/2007 |

| Defendant: Andre Lenard McNeal | Judgment - Page 3 of 4 |
|---|---|
| Case No.: 8:02-cr-328-T-26TGW | |

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 11 | Association with a person convicted of A felony in violation of condition 9 of The standard conditions of supervision | 10/1/2007 |
| 12 | Failure to notify the probation officer Within seventy-two hours after being Arrested or questioned by a law Enforcement officer in violation of Condition 11 of the standard conditions Of supervised release | 9/6/2007 |
| 13 | Failure to notify the probation officer Within seventy-two hours after being Arrested or question by a law enforcement Officer in violation of condition 11 of The standard conditions of supervision | 10/4/2007 |

| | |
|---|---|
| Defendant: Andre Lenard McNeal | Judgment - Page 4 of 4 |
| Case No.: 8:02-cr-328-T-26TGW | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **FIFTEEN (15) MONTHS**

    __X__ The Court makes the following recommendations to the Bureau of Prisons: That the defendant be sent to Marianna, Florida; and that he be allowed to participate in the 500 hour drug treatment program.

    __X__ The defendant is remanded to the custody of the United States Marshal.

    _____ The defendant shall surrender to the United States Marshal for this district:

        ___ at _____ a.m.   p.m.   on _____.

        ___ as notified by the United States Marshal.

    ___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        ___ before 2 p.m. on _____.

        ___ as notified by the United States Marshal.

        ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By_____
DEPUTY UNITED STATES MARSHAL